IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01983-TPO

CRISTIAN ARGUETA ANDRADE,

    Petitioner,

v.

DAWN CEJA;
ROBERT GAUDIAN;
KRISTI NOEM;
TODD M. LYONS; and
PAM BONDI,

    Respondents.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on August 29, 2025.**

    Pursuant to the Election Concerning Consent/Non-Consent form [ECF 16] filed by the Parties expressing non-consent under D.C.COLO.LCivR 40.1(c), the Court directs the Clerk of the Court to **reassign** this case. This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).